LOUIS M. BUBALA III, ESQ.
Nevada Bar No. 8974
JONES VARGAS.
100 West Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Telephone: (775) 786-5000
Facsimile: (775) 786-1177
Email: lbubala@jonesvargas.com

STEVE SHEVORSKI, ESQ.
Nevada Bar No. 8256
JONES VARGAS
3773 Howard Hughes Parkway
3rd Floor South
Las Vegas, NV 89109
Telephone: (702) 862-3300
Facsimile: (702) 737-7705
Email: sshevorski@jonesvargas.com

Attorneys for Plaintiffs

JONES VARGAS
100 West Liberty Street, Twelfth Floor
P.O. Box 281
Reno, NV 89504-0281
Tel: (775) 786-5000 Fax: (775) 786-1177

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In Re JOHN T. MILLS,

Debtor

---

MARK J. PETROFF, LLC, a Florida limited liability company; JONATHAN SCOTT MASTERS, an individual; THOMAS HARRINGTON, an individual; SHARON MULLIN, an individual; CHRIS WONG, an individual; WISECARVER TIXVEN, LLC, a California limited liability company; BRUCE BANDEMER, an individual; BERNIE LOCSIN, an individual; and JAMES STOKOS, M.D., an individual,

Plaintiffs,

vs.

JOHN T. MILLS, an individual,

Defendant.

Case No. 08-23546-lbr

Chapter 7

Adversary Proceeding No.

[Case No. A572367, Dept. XXIV, Eighth Judicial District Court, Clark County, Nevada]

**NOTICE OF REMOVAL, WITH CERTIFICATE OF SERVICE**

JONES VARGAS
100 West Liberty Street, Twelfth Floor
P.O. Box 281
Reno, NV 89504-0281
Tel: (775) 786-5000 Fax: (775) 786-1177

TO: THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

Plaintiffs MARK J. PETROFF, LLC; JONATHAN SCOTT MASTERS; THOMAS HARRINGTON; SHARON MULLIN; CHRIS WONG; WISECARVER TIXVEN, LLC; BRUCE BANDEMER; BERNIE LOCSIN; and JAMES STOKOS, M.D. (collectively, "Plaintiffs"),[1] notice the removal of their claims against Defendant and Debtor John T. Mills ("Debtor") to the United States Bankruptcy Court. 28 U.S.C. § 1452; Fed. R. Bankr. P. 9027.

Plaintiffs initially filed their complaint against Debtor and other defendants on September 25, 2008. *Mark J. Petroff, LLC v. Got the Tickets, LLC, John T. Mills and Michael Shinefield*, Case No. A572367, Dept. XXIV (8th Judicial Dist. Ct., Clark County, Nev.).[2] On November 14, 2008, Debtor filed a petition under Chapter 7 of the Bankruptcy Code. Section 1452 of Title 28 of the United States Codes permits Plaintiffs to "remove any claim or cause of action in a civil action" related to a bankruptcy case. Federal Rule of Bankruptcy Procedure 9027(a)(2)(A) permits removal within "90 days after the order for relief in the case." The ninetieth day after the order for the relief in this case is February 12, 2008. Therefore, this removal is proper and timely.

This is a veil piercing and fraud action. Plaintiffs were defrauded by Got the Ticket, LLC ("Ticket"), an alleged ticket brokering agency managed by Debtor and Michael Shinefield. Debtor and Mr. Shinefield effectuated a scheme to deceive Plaintiffs into investing personal funds into Ticket's accounts for the purchase of blocks of tickets for major events such as concerts and sporting events, many of which were located in Clark County, Nevada. From the inception of Ticket's operations in 2006 until 2008, Ticket, through Debtor and Mr. Shinefield, falsely represented to Plaintiffs that they would earn high returns on their respective monetary investments through Ticket's re-selling blocks of tickets to third-party vendors who would re-sell the tickets to their clients as special events. Rather than operate Ticket as a legitimate ticket brokering agency, Debtor and Mr. Shinefield diverted the funds invested by Plaintiffs and used

---

[1] The Plaintiffs in the state court proceeding include Douglas Brown and Ann Brown. The Browns have decided not to remove their claims against Mr. Mills to the Bankruptcy Court, and are not included among the removing plaintiffs.

[2] Plaintiffs do not remove their claims against Defendants Got the Tickets, LLC, or Michael Shinefield, but only remove their claims against Defendant and Debtor John T. Mills. 28 U.S.C. § 1452(a).

JONES VARGAS
100 West Liberty Street, Twelfth Floor
P.O. Box 281
Reno, NV 89504-0281
Tel: (775) 786-5000 Fax: (775) 786-1177

such funds for their personal benefit. Such blatant misappropriations of funds and treating Ticket's assets as their own contravene fundamental corporate governance practices, procedures, and principals. Defaults have been entered against Ticket and Mr. Shinefield, and Plaintiffs are in the process of obtaining a default judgment in state court against these two defendants.

Debtor avoided service in the state court proceeding prior to the filing of his bankruptcy proceeding, and has not been served. *See* Ex. 1.[3] Plaintiffs will promptly serve Debtor as provided by the Federal Rules of Bankruptcy Procedure.

Plaintiffs remove these claims against Debtor: Count I, Intentional Misrepresentation, and Count III, Alter-Ego. Plaintiffs also intend to seek leave to amend their claims to add nondischargability claims against Debtor.

Plaintiffs contend that this proceeding is core, and they consent to final orders or judgment by the bankruptcy judge.

A copy of all process and pleadings concerning Debtor are attached as Exhibit 1. Fed. R. Bankr. P. 9027(a). A copy of this notice is being served concurrently on Debtor (who has not appeared in the state court proceeding and is unrepresented in the state court proceeding) and Debtor's counsel. Fed. R. Bankr. P. 9027(b). This notice of removal is being filed concurrently in the Eighth Judicial District Court. Fed. R. Bankr. P. 9027(c).

DATED this 12th day of February, 2009.

JONES VARGAS

By: /s/ Louis M. Bubala III
LOUIS M. BUBALA III, ESQ.

Attorneys for PLAINTIFFS

[3] Plaintiffs' counsel acknowledges that service attempts were made after Debtor filed his petition. Notice of Debtor's bankruptcy were mailed directly to Plaintiffs, and counsel ceased all efforts at service once notified by Plaintiffs of the bankruptcy. In any event, the process server was unable to locate or serve Debtor.

**CERTIFICATE OF SERVICE**

I certify that I am an employee of JONES VARGAS, and that on this date, pursuant to FRBP 7005 and 9027, I am serving a true copy of the attached Notice of Removal to Federal Court on the party(s) set forth below by:

X By CM/ECF Notice

THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com
NIKOLL NIKCI nik@schwartzlawyers.com, sam@schwartzlawyers.com;Ecf@schwartzlawyers.com
SAMUEL A. SCHWARTZ sam@schwartzlawyers.com, nik@schwartzlawyers.com;ecf@schwartzlawyers.com
LENARD E. SCHWARTZER trustee@s-mlaw.com, nv17@ecfcbis.com;wholland@smlaw.com;lbenson@s-mlaw.com
U.S. TRUSTEE - LV - 7 USTPRegion17.LV.ECF@usdoj.gov
MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

X By Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices

addressed as follows

Nikoll Nicki
The Schwartz Law Firm
620 S. Third St.
Las Vegas, NV 89101

John T. Mills
2245 N. Green Valley Pkwy., #679
Henderson, NV 89014

X Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered (for filing)

Court Clerk
Eighth Judicial District Court
200 Lewis Ave.
Las Vegas, NV 89101

DATED this 12th day of February, 2009.

_/s/B. Copeland________________
An employee of JONES VARGAS

JONES VARGAS
100 West Liberty Street, Twelfth Floor
P.O. Box 281
Reno, NV 89504-0281
Tel: (775) 786-5000 Fax: (775) 786-1177