LOUIS M. BUBALA III, ESQ.
Nevada Bar No. 8974
JONES VARGAS.
100 West Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Telephone: (775) 786-5000
Facsimile: (775) 786-1177
Email: lbubala@jonesvargas.com

STEVE SHEVORSKI, ESQ.
Nevada Bar No. 8256
JONES VARGAS
3773 Howard Hughes Parkway
3rd Floor South
Las Vegas, NV 89109
Telephone: (702) 862-3300
Facsimile: (702) 737-7705
Email: sshevorski@jonesvargas.com
Attorneys for Plaintiffs

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re JOHN T. MILLS,<br><br>            Debtor<br>_____<br>MARK J. PETROFF, LLC, a Florida limited liability company; JONATHAN SCOTT MASTERS, an individual; THOMAS HARRINGTON, an individual; SHARON MULLIN, an individual; CHRIS WONG, an individual; WISECARVER TIXVEN, LLC, a California limited liability company; BRUCE BANDEMER, an individual; BERNIE LOCSIN, an individual; and JAMES STOKOS, M.D., an individual,<br><br>            Plaintiffs,<br>vs.<br>JOHN T. MILLS, an individual,<br><br>            Defendant.<br>_____/ | Case No. 08-23546-lbr<br><br>Chapter 7<br><br>Adversary Proceeding No. 09-01044-lbr<br><br>_____<br><br>[Case No. A572367, Dept. XXIV,<br>Eighth Judicial District Court,<br>Clark County, Nevada]<br><br>**SUPPLEMENTAL CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL** |

# SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that I am an employee of JONES VARGAS, and that on **February 20, 2009**, pursuant to FRBP 7005 and 9027, I caused to be served a true copy of the Notice of Removal, With Certificate of Service on the party(s) set forth below by:

    X    By Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices addressed (to the correct address) as follows:

Nikoll Nicki  
The Schwartz Law Firm  
**626** S. 3rd St.  
Las Vegas, NV 89101

DATED this 3rd day of March, 2009.

                                            //s//Barbara Copeland  
                                            An employee of JONES VARGAS